UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 4:23CR013

JALENE JAMON YOUNG

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JANE VIRDEN, MAGISTRATE OF THE COURT AFORESAID:

Clay Joyner, United States Attorney for the Northern District of Mississippi, respectfully represents to the court as follows:

1. That the defendant, JALENE JAMON YOUNG (B/M, DOB 2000, SS# 4980), is presently confined at the Madison County Detention Center, 2935 Hwy 51 South, Canton, MS 39046, as a state prisoner, having been duly committed to said institution under and in pursuance of the laws of the State of Mississippi;

2. That this cause is now pending for the change of plea hearing in Oxford, Mississippi, on May 30, 2023, at 3:30 p.m.

WHEREFORE, your petitioner prays that a writ of habeas corpus ad prosequendum issue out of this Court to the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of JALENE JAMON YOUNG (B/M, DOB 2000, SS# 4980), before this Court for the change of plea hearing in

Oxford, Mississippi, on May 30, 2023, at 3:30 p.m. and to return safely said prisoner to the custody of the Madison County Detention Center in Canton, Mississippi, forthwith at the conclusion of the above cause.

          Respectfully submitted,

          CLAY JOYNER
          United States Attorney

     By:    /s/ Julie Addison
          Assistant United States Attorney

Sworn to and subscribed before me, this the  24th  day of May 2023.

          /s/ Claire Robinson
          NOTARY PUBLIC

My commission expires:  10/31/2026

(SEAL)